UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER SMITH, | : |
| | : |
| Plaintiff | : |
| vs | : Civil Action No. 07--10228-PBS |
| | : |
| JEFFERSON PILOT FINANCIAL | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant | : |

## JUDGMENT

After a trial on a case stated by the parties and remand to the Plan Administrator, it is Ordered, Adjudged and Decreed:

1. With respect to Count I of the Complaint, the Plaintiff's claim that the definition of "Basic Monthly Earnings" is ambiguous and must be interpreted in his favor, judgment is entered for the Plaintiff.

2. Also with respect to Count I of the Complaint, the Plaintiff's claim that the "Other Income Benefits" section of the Policy is ambiguous and unenforceable as it relates to "earnings" from other employment is denied, and Defendant may set off Other Income Benefits (including pre-tax earnings from other employment, net of any business expenses).

3. Based on the record before the Court, the Plaintiff's Basic Monthly Earnings are $13,473.12.

4. The Defendant shall pay to the Plaintiff retroactive benefits in the amount of the difference between any benefits paid since May 28, 2004 and the correct monthly

payment of $8,083.87 (60% of Smith's Basic Monthly Earnings of $13,473.12).

5. The total amount of retroactive benefits payable to the Plaintiff is $174,931.68 through February 28, 2010. The Defendant shall pay this amount.

6. The Defendant shall pay interest on the retroactive benefits at the annual rate of 6% accruing as of the date each underpayment was due, starting on June 28, 2004, and compounded annually.

7. The total amount of pre-judgment interest payable to the Plaintiff is $30,252.28 through February 28, 2010. The Defendant shall pay this amount.

8. The Defendant shall pay attorneys' fees and costs in the amount of $150,000.00, as agreed by the parties, without prejudice to the Plaintiff filing a Motion for Attorneys' Fees pursuant to Rule 54(d)(2) for time expended after this Court's order of remand with which Defendant did not abide.

9. Going forward, the Defendant shall make future monthly benefit payments to Plaintiff in the amount of $8,083.87, which it may reduce by the amount of any Other Income Benefits, in accordance with the group policy.

PATTI B. SARIS
UNITED STATES DISTRICT JUDGE